

**ORDERED in the Southern District of Florida on April 4, 2019.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                          CASE NO.: 18-12431-JKO

DWIGHT REYNOLDS                                     In proceedings under Chapter 11

    Debtor.
_____/

### AGREED ORDER SETTING DEADLINE FOR FILING PLAN OF REORGANIZATION

This matter came on for hearing before the Court April 3, 2019 on the Motion to Compel Debtor to file the Chapter 11 Plan and Disclosure Statement and for an Order Setting Chapter 11 Disclosure Statement and Deadline and the parties being in agreement and having noted that the deadline to respond to the Debtor's Objection to Claims is April 15, 2019 and the Court being advised that the parties are otherwise in agreement hereto, it is

**ORDERED** that the Debtor shall file a Chapter 11 Disclosure Statement and Chapter 11 Plan of Reorganization on or before to April 19, 2019.

###

Copies Furnished to: Susan D. Lasky., Esq. is directed to mail a conformed copy of this Order, immediately upon receipt, to the parties on the attached mailing list.

Submitted by: Susan D Lasky, Esq., 954-400-7474 Sue@SueLasky.com 320 SE 18 St., Ft Lauderdale, FL 33316

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 18-12431-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Apr  2 12:55:26 EDT 2018 | Brooke Teal, Esq.<br>P.O Box 17210<br>Golden, CO 80402-6020 | Charles Baldwin<br>2843 NW 212 Terrace<br>Miami Gardens, FL 33056-1138 |
| Credit Adj<br>1302 S. 5th Ave<br>Yuma, AZ 85364-4698 | Cypress Head Assoc<br>7501 S Cypress Head Drive<br>Parkland, FL 33067-1677 | Daniel Gardner<br>948 Wood Bridge Hollow Rd<br>Jacksonville, FL 32218-6144 |
| Delroy Lewin<br>7073 NW 47 Place<br>Fort Lauderdale, FL 33319-3407 | Financial Pacific Leasing Inc<br>3455 S 344th Way<br>Suite 300<br>Auburn, WA 98001-9546 | Financial Pacific Leasing, Inc.<br>c/o Mitrani, Rynor, Adamsky & Toland, PA<br>1200 Weston Road, Third Floor<br>Weston, FL 33326-1987 |
| Getty Images<br>605 Fifth Avenue South<br>Suite 400<br>Seattle, WA 98104-3887 | Greystone Equipment Finance Co<br>68 S Main Street<br>Suite 202<br>Woonsocket, RI 02895-4200 | IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>7850 SW 6th Ct. Stop 5730<br>Fort Lauderdale, FL 33324-3210 | Luciano Sztulman, MD<br>c/o Arthur D Frank, Esq.<br>Ten Purchase Street<br>Fall River, MA 02720-3100 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 |
| Midland Funding<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 | Natiowide Recovery Service<br>Attn: Bankruptcy<br>Po Box 8005<br>Cleveland, TN 37320-8005 | Natiowide Recovery Service<br>Po Box 8005<br>Cleveland, TN 37320-8005 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Dwight C. Reynolds MD<br>7711 E Upper Ridge Drive<br>Parkland, FL 33067-2382 |
| Susan D. Lasky Esq<br>915 Middle River Dr<br>Suite 420<br>Fort Lauderdale, FL 33304-3561 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Centers for Health Promotion LLC          (du)Centers for Health Promotion. Inc          (u)Nikolay Serdev

End of Label Matrix
Mailable recipients    21
Bypassed recipients     3
Total                  24