UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                          CASE NO.: 18-12431-JKO

DWIGHT C REYNOLDS                                                               CHAPTER 11

    Debtor.
_____/

## AGREED MOTION TO FILE LATE CLAIM

    DWIGHT C REYNOLDS, ( the "Debtor")  files this Agreed Motion to Allow Late Claim and states:

    1.    On March 1, 2018, (the "Petition Date")  the Debtor filed a voluntary petition under Chapter 11, Title 11 of the United States Code.

    2.    Debtor failed to provide proper notice of the bankruptcy filing to creditor Nikoly Serdev until after the claims bar date.

    3.    Debtor will withdraw its pending objection to Serdev's claim, and allow Serdev to file a late claim subject to objection.

    Wherefore the Debtor respectfully requests the Court enter the order allowing the late filed claim of creditor Nikolay Serdev, subject to objection and for such further relief as the Court deems just.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic mail to the Office of the United States Trustee and the attached on this day 16th day of April, 2019, and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A).

                                            SUE LASKY, PA
                                            Attorney for Debtor
                                            320 SE 18 th Street
                                            Fort Lauderdale, FL  33316
                                            (954) 400 7474(954) 206-0628 Fax
                                            Sue@SueLasky.com
                                            *Susan Lasky*
                                            By:_____
                                                SUSAN D. LASKY, ESQ.
                                                Florida Bar No. 451096

Nikolay Serdev
c/o Paul L. Orshan, Esq.
701 Brickell Avenue, Suite 2000
Miami, FL 33131
paul@orshanpa.com