

**ORDERED in the Southern District of Florida on October 10, 2019.**

*[signature]*

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                Case No.: 18-12431-JKO

DWIGHT C. REYNOLDS,                      Chapter 11

    Debtors.
_____/

### ORDER DISMISSING CASE

This matter came before the Court on October 8, 2019 at 10:30 a.m. upon the *United States Trustee's Motion to Dismiss or Convert Case* (D.E.#69) (the "Motion"). The Court having reviewed the Motion and the record, heard the argument of counsel, and for the reasons stated on the record, it is

**ORDERED** that this case is DISMISSED, and it is further

**ORDERED** that the debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period since the period reported on the last debtor-in-possession report filed by the debtor, and it is further

2

      **ORDERED** that the debtor, shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order, and it is further

      **ORDERED** that the Court shall retain jurisdiction to enforce the provisions of this Order.

###

Submitted by: Zana M. Scarlett, Esq.
U.S. Trustee's Office
51 SW 1st Ave., Rm. 1204
Miami, FL 33130

**ALL CREDITORS AND PARTIES IN INTEREST (BY CLERK'S OFFICE)**